

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2017

No. 04-17-00434-CV

Roger **WIATREK,**
Appellant

v.

Laura **WIATREK,**
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-12-0756-CVW
The Honorable Russell Wilson, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to October 23, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:      Raymond J. Vale, Jr.          Laura Wiatrek
Law Offices of Raymond J. Vale, Jr., P.C.    P.O. Box 262
1207 South Presa                  poth, TX 78147
San Antonio, TX 78210